THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCARC.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Cedric Martino, Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Colleton County
Michael Nettles, Circuit Court Judge

Memorandum Opinion No.  2011-MO-035
Submitted December 1, 2011  Filed
 December 5, 2011 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Jeremy
 Adam Thompson, of Columbia, for Petitioner.
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Matthew J. Friedman, all of Columbia, for Respondent.
 
 
 

PER CURIAM: After careful consideration of the
 Appendix and briefs, the writ of certiorari is 
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.